CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2015

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM FERGUSON, | ) | CASE NO. 7:14CV00380 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| GERALD A. MCPEAK, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's claim for injunctive relief is **DISMISSED** as moot;

2. Defendant's motion for summary judgment is **GRANTED**; and

3. This action is **STRICKEN** from the active docket of the court.

ENTER: This 7th day of August, 2015.

_____
Chief United States District Judge